UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BILLY R THOMAS | CASE NO. 6:23-CV-01074 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| MARCUS L FONTENOT ET AL | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

Before this Court is a MOTION TO DISMISS filed by defendant Marcus L. Fontenot. (Rec. Doc. 5). This motion was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, including the objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Marcus L. Fontenot's Motion to Dismiss is GRANTED in part, such that all claims by plaintiff Billy R. Thomas against Marcus L. Fontenot are DISMISSED with prejudice as prescribed and by operation of absolute judicial immunity.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the instant motion is DENIED as MOOT in all other respects.

**THUS DONE AND SIGNED** at Lafayette, Louisiana, this 17th day of September, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE