UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BILLY R. THOMAS | CASE NO. 6:23-CV-01074 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| MARCUS L. FONTENOT, ET AL. | MAGISTRATE JUDGE DAVID J. AYO |

## ORDER

This matter was referred to Magistrate Judge David J. Ayo to make recommended findings as to whether proper service was made on any of the named defendants, other than Judge Marcus L. Fontenot.[1] After an independent review of the record, and noting the absence of objections to the findings of the Magistrate Judge, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, the Court hereby finds proper service was made on all defendants except Hillary Richard.

The Clerk of Court is INSTRUCTED to return this case to the Fifth Circuit.[2]

THUS DONE in Chambers on this 15th day of July, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] *See* ECF No. 37 at 2; ECF No. 38.
[2] *See* ECF No. 37 at 2.