**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **BILLY R. THOMAS** | **CASE NO.  6:23-CV-01074** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **MARCUS L. FONTENOT, ET AL.** | **MAGISTRATE JUDGE DAVID J. AYO** |

### JUDGMENT

Before this Court is the *sua sponte* Report and Recommendation ("R&R") of the Magistrate Judge.  [ECF No. 44].  After an independent review of the record, including the objections filed, the Court makes one correction to the "Factual Background." Namely, contrary to the facts set forth in the R&R, the Court previously found "proper service was made on all defendants except Hillary Richard."[1] The Court nevertheless concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the Report and Recommendation, all remaining claims by Plaintiff Billy R. Thomas in the above-captioned suit are DENIED and DISMISSED as FRIVOLOUS pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**THUS DONE AND SIGNED** at Lafayette, Louisiana, this 9th day of June, 2026.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**

---

[1] *Compare* ECF No. 44 at 2 (R&R stating "the Court's finding that service was made as to all remaining defendants"), *with* ECF No. 40 ("the Court finds proper service was made on all defendants except Hillary Richard").